IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KIMBERLY A. WELLNITZ,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-90-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Kimberly A. Wellnitz's attorney a representative fee in the amount of $17,555.20 under 42 U.S.C. § 406(b).

| s/ K. Frederickson, Deputy Clerk | 8/18/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |